

NUMBER 13-08-00252-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

DEBRA CHRIS MONTGOMERY KROUPA WILLIAMS,   Appellant,

v.

ROBERT WARD WILLIAMS, LAURIE HOETZEL,
AND CURT BAGGETT,   Appellees.

On Appeal from the 255th District Court
of Dallas County, Texas.

## MEMORANDUM OPINION

**Before Justices Yañez, Benavides, and Vela
Memorandum Opinion Per Curiam**

Appellant, Debra Chris Montgomery Kroupa Williams, and appellees, Robert Ward

Williams, Laurie Hoetzel, and Curt Baggett, have filed a joint motion for voluntary dismissal

of this appeal.[1]  The Court, having considered the documents on file and the joint motion for voluntary dismissal, is of the opinion that the motion should be granted.  *See* TEX. R. APP. P. 42.1(a).  The joint motion to dismiss is GRANTED, and the appeal is hereby DISMISSED.  Costs are taxed against appellant.  *See id.* 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

PER CURIAM

Memorandum Opinion delivered
and filed this the 29th day of May, 2008.

---

[1]This appeal was transferred to this Court from the Fifth Court of Appeals by order of the Texas Supreme Court.  *See* TEX. GOV'T CODE ANN. § 22.220 (Vernon 2004) (delineating the jurisdiction of appellate courts); TEX. GOV'T CODE ANN. § 73.001 (Vernon 2005) (granting the supreme court the authority to transfer cases from one court of appeals to another at any time that there is "good cause" for the transfer).